1
2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

3

JAMES E. HILL,

Case No.  2:24-cv-00571-JAD-MDC

4

Plaintiff

**ORDER**

5

v.

6

JULIE WILLIAMS, et al.,

7

Defendants

8

9        On March 22, 2024, pro se plaintiff James Hill, an inmate in the custody of the

10   Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983. (ECF

11   No. 1-1). But Plaintiff has neither paid the full $405 filing fee for this matter nor filed an

12   application to proceed *in forma pauperis*. (*See* ECF No. 1).

13        The United States District Court for the District of Nevada must collect filing fees

14   from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee

15   for filing a civil-rights action is $405, which includes the $350 filing fee and the $55

16   administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the

17   fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev.

18   Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate

19   must submit **all three** of the following documents to the Court: (1) a completed

20   **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the

21   Court's approved form, that is properly signed by the inmate twice on page 3; (2) a

22   completed **Financial Certificate**, which is page 4 of the Court's approved form, that is

23   properly signed by both the inmate and a prison or jail official; and (3) a copy of the

24   **inmate's prison or jail trust fund account statement for the previous six-month**

25   **period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis*

26   status does not relieve an inmate of his or her obligation to pay the filing fee, it just means

27   that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

28

1    It is therefore ordered that Plaintiff has **until Monday, June 10, 2024** to either pay

2    the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with

3    all three required documents: (1) a completed application with the inmate's two signatures

4    on page 3, (2) a completed financial certificate that is signed both by the inmate and the

5    prison or jail official, and (3) a copy of the inmate's trust fund account statement for the

6    previous six-month period.

7    Plaintiff is cautioned that this action will be subject to dismissal without prejudice if

8    Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

9    to refile the case with the Court, under a new case number, when Plaintiff can file a

10   complete application to proceed *in forma pauperis* or pay the required filing fee.

11   The Clerk of the Court is directed to send Plaintiff James Hill the approved form

12   application to proceed *in forma pauperis* for an inmate and instructions for the same and

13   retain the complaint (ECF No. 1-1) but not file it at this time.

14

15   DATED THIS 11th day of  April 2024.

16

17   _____
     Hon. Maximiliano D. Couvillier III
18   UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28