UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| James E. Hill,<br><br>    Plaintiff<br><br>v.<br><br>Julie Williams, et al.<br><br>    Defendants | Case No.: 2:24-cv-00571-JAD-MDC<br><br>**Order Reopening and Extending Deadline to File an Amended Complaint** |

State prisoner James Hill brings this civil-rights action under 42 U.S.C. § 1983 to redress constitutional violations that he allegedly suffered while he was incarcerated at High Desert State Prison. In screening Hill's complaint, I dismissed his Eighth Amendment dental-indifference claim with leave to amend, explaining that Hill sufficiently alleged that his dental needs are objectively serious for Eighth Amendment purposes, but failed to plausibly state that either defendant or other prison staff denied or failed to promptly provide him dental care.[1] I gave Hill until August 22, 2024, to file a first amended complaint to attempt to replead his claim. That deadline expired without an amended complaint or motion to extend the deadline. Hill instead appealed the screening order—an appeal that the Ninth Circuit dismissed for lack of jurisdiction.[2]

Good cause appearing, it is hereby ordered that the deadline for Hill to file a first amended complaint is **REOPENED and EXTENDED until November 30, 2024**. Hill is

---

[1] ECF No. 11.
[2] ECF Nos. 13, 16, 17.

advised that this action will be subject to dismissal without prejudice if he fails to file an amended complaint by this deadline.

The Clerk of Court is directed to resend plaintiff James Hill courtesy copies of the screening order and all of its attachments, which consist of the approved form for filing a 42 U.S.C. § 1983 prisoner complaint, instructions for the same, and a copy of the complaint (ECF Nos. 11, 11-1, 11-2).

Dated: October 30, 2024

_____
U.S. District Judge